Entered on Docket
May 17, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 17, 2021

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge



SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MATT KLINGER, Cal. Bar No. 307362
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947
Email: okatz@sheppardmullin.com
        bmarum@sheppardmullin.com
        mklinger@sheppardmullin.com

Counsel for the Debtors
TRODELLA & LAPPING LLP
Richard A. Lapping, Cal. Bar No. 107496
540 Pacific Avenue
San Francisco, CA 94133
Telephone:   415.399.1015
Facsimile:    415.651.9004
Email: Rich@TrodellaLapping.com

Conflicts Counsel for Debtors and
Counsel for Professional Investors 28,
LLC and PFI Glenwood, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation, *et al.*,<br><br>        Debtors. | Case No. 20-30604<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv No. 21-03018 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>        Plaintiffs,<br><br>     v.<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC.; PROFESSIONAL INVESTORS SECURITY FUNDS, INC.; PROFESSIONAL INVESTORS SECURITY FUND I, A California Limited Partnership; | **STIPULATED JUDGMENT ON THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PROFESSIONAL FINANCIAL INVESTORS, INC. AND PROFESSIONAL INVESTORS SECURITY FUNDS, INC.'S COMPLAINT FOR DECLARATORY RELIEF**<br><br>The Hon. Hannah L. Blumenstiel |

| | |
|---|---|
| 1 | PROFESSIONAL INVESTORS SECURITY FUND IV, A California Limited Partnership; |
| 2 | PROFESSIONAL INVESTORS SECURITY FUND VII, A California Limited Partnership; |
| 3 | PROFESSIONAL INVESTORS SECURITY FUND IX, A California Limited Partnership; |
| 4 | PROFESSIONAL INVESTORS SECURITY FUND XII, A California Limited Partnership; |
| 5 | PROFESSIONAL INVESTORS SECURITY FUND XIII, A California Limited Partnership; |
| 6 | PROFESSIONAL INVESTORS SECURITY FUND XIV, A California Limited Partnership; |
| 7 | PROFESSIONAL INVESTORS SECURITY FUND XV, A California Limited Partnership; |
| 8 | PROFESSIONAL INVESTORS SECURITY FUND XVII, A California Limited |
| 9 | Partnership; PROFESSIONAL INVESTORS SECURITY FUND XVIII, A California |
| 10 | Limited Partnership; PROFESSIONAL INVESTORS 20, LLC; PROFESSIONAL |
| 11 | INVESTORS 21, LLC; PROFESSIONAL INVESTORS 22, LLC; PROFESSIONAL |
| 12 | INVESTORS 23, LLC; PROFESSIONAL INVESTORS 24, LLC; PROFESSIONAL |
| 13 | INVESTORS 25, LLC; PROFESSIONAL INVESTORS 26, LLC; PROFESSIONAL |
| 14 | INVESTORS 27, LLC; PROFESSIONAL INVESTORS 28, LLC; PROFESSIONAL |
| 15 | INVESTORS 29, LLC; PROFESSIONAL INVESTORS 30, LLC; PROFESSIONAL |
| 16 | INVESTORS 31, LLC; PROFESSIONAL INVESTORS 32, LLC; PROFESSIONAL |
| 17 | INVESTORS 33, LLC; PROFESSIONAL INVESTORS 34, LLC; PROFESSIONAL |
| 18 | INVESTORS 35, LLC; PROFESSIONAL INVESTORS 36, LLC; PROFESSIONAL |
| 19 | INVESTORS 37, LLC; PROFESSIONAL INVESTORS 38, LLC; PROFESSIONAL |
| 20 | INVESTORS 39, LLC; PROFESSIONAL INVESTORS 40, LLC; PROFESSIONAL |
| 21 | INVESTORS 41, LLC; PROFESSIONAL INVESTORS 42, LLC; PROFESSIONAL |
| 22 | INVESTORS 43, LLC; PROFESSIONAL INVESTORS 44, LLC; PROFESSIONAL |
| 23 | INVESTORS 45, LLC; PROFESSIONAL INVESTORS 46, LLC; PROFESSIONAL |
| 24 | INVESTORS 47, LLC; PROFESSIONAL INVESTORS 48, LLC; PROFESSIONAL |
| 25 | INVESTORS 49, LLC; and PFI GLENWOOD, LLC |
| 26 | |
| 27 | Defendants. |
| 28 | |

Plaintiffs Official Committee of Unsecured Creditors of Professional Financial Investors, Inc. and Professional Investors Security Fund, Inc. (the "Committee" or "Plaintiffs") and Debtors Professional Financial Investors, Inc.; Professional Investors Security Fund, Inc.; Professional Investors Security Fund I, A California Limited Partnership; Professional Investors Security Fund IV, A California Limited Partnership; Professional Investors Security Fund VII, A California Limited Partnership; Professional Investors Security Fund IX, A California Limited Partnership; Professional Investors Security Fund XII, A California Limited Partnership; Professional Investors Security Fund XIII, A California Limited Partnership; Professional Investors Security Fund XIV, A California Limited Partnership; Professional Investors Security Fund XV, A California Limited Partnership; Professional Investors Security Fund XVII, A California Limited; Professional Investors Security Fund XVIII, A California Limited Partnership; Professional Investors 20, LLC; Professional Investors 21, LLC; Professional Investors 22, LLC; Professional Investors 23, LLC; Professional Investors 24, LLC; Professional Investors 25, LLC; Professional Investors 26, LLC; Professional Investors 27, LLC; Professional Investors 29, LLC; Professional Investors 30, LLC; Professional Investors 31, LLC; Professional Investors 32, LLC; Professional Investors 33, LLC; Professional Investors 34, LLC; Professional Investors 35, LLC; Professional Investors 36, LLC; Professional Investors 37, LLC; Professional Investors 38, LLC; Professional Investors 39, LLC; Professional Investors 40, LLC; Professional Investors 41, LLC; Professional Investors 42, LLC; Professional Investors 43, LLC; Professional Investors 44, LLC; Professional Investors 45, LLC; Professional Investors 46, LLC; Professional Investors 47, LLC; Professional Investors 48, LLC; and Professional Investors 49, LLC (collectively, the "Debtors") and non-debtors Professional Investors 28, LLC and PFI Glenwood, LLC (together with the Debtors, "Defendants") agree to entry of this "Stipulated Judgment" granting Plaintiffs' Complaint for Declaratory Relief (the "Complaint") as set forth herein.

# I.

# CONCLUSIONS OF LAW

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 147(a) and 1334(a).

2.     Venue in the Northern District of California is proper under 28 U.S.C. § 1409(a).

3.     By filing the Complaint, the Plaintiffs commenced an adversary proceeding (the "Adversary Proceeding") that is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (M).

4.     This Adversary Proceeding relates to the Debtors' bankruptcy jointly administered chapter 11 bankruptcy cases pending in this Court and styled, *In re Professional Financial Investors, Inc. et al.*, Case No. 20-30604 (the "Bankruptcy Case").

5.     The members of the Committee hold general unsecured claims against the Debtors as a result of their respective investments in investment vehicles or debt instruments sponsored by one or more of the Defendants.

6.     On May 13, 2021, the Debtors and certain holders of Non-Investor First Priority Lender Claims[1] filed that *Stipulation by Debtors and Certain Holders of Non-Investor First Priority Lender Claims to Modify Proposed Form of Order Approving Stipulation for Judgment on the Official Committee of Unsecured Creditors of Professional Financial Investors, Inc. and Professional Investors Security Funds, Inc.'s Complaint for Declaratory Relief* as Docket No. 634 (the "Non-Investor First Priority Lender Stipulation"). Consistent with the order approving the Non-Investor First Priority Lender Stipulation entered in the Bankruptcy Case as Docket No. 637, nothing in this Stipulated Judgment shall affect the rights and defenses of the Holders of Class 1 Non-Investor First-Priority Lender Claims (as defined in the *Amended Joint Chapter 11 Plan of Professional Financial Investors, Inc. and Its Affiliated Debtors Proposed by the Debtors and Official Committee of Unsecured Creditors and Supported by the Ad Hoc LLC Members Committee and the Ad Hoc DOT Noteholders Committee* filed in the Bankruptcy Case at Docket No. 554), all such rights and defenses being expressly reserved.

/ / /

/ / /

---

[1] The non-Debtor parties to the Non-Investor First Priority Lender Stipulation are: Heritage Bank of Commerce, JPMorgan Chase, N.A., Tri Counties Bank, Poppy Bank, Pacific Western Bank, Avidbank, Five Star Bank, HomeStreet Bank, One United Bank, and Situs Asset Management.

## II.

## JUDGMENT

Judgment is hereby entered in favor of the Plaintiffs and against the Defendants, determining that the Defendants' businesses were all part of an overarching Ponzi scheme that began no later than January 1, 2007.

\* \* \* END OF JUDGMENT \* \* \*